**Order entered June 14, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00691-CV

## IN RE CHRIS CARTER AND KAREN ANN PIERONI, Relators

**Original Proceeding from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-19-07054**

# ORDER
Before Justices Whitehill, Pedersen, III, and Carlyle

Based on the Court's opinion of this date, we **DENY** relators' petition for writ of mandamus and **DENY** relators' petition for writ of injunction.

/s/    CORY L. CARLYLE
       JUSTICE